The other questions presented in appellant's motion seem to present no matters calling for further discussion.

The motion for rehearing is overruled.

## ARMSTEAD v. STATE.

No. 15245.

Court of Criminal Appeals of Texas.

March 30, 1932.

Rehearing Denied May 4, 1932.

G. C. Clegg, of Trinity, and M. E. Gates, of Huntsville, for appellant. ·

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

In pronouncing sentence the court failed to give effect to the provisions of the indeterminate sentence law. The sentence is reformed in order that it may be shown that appellant is condemned to confinement in the penitentiary for not less than one nor more than two years.

As reformed, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

On Motion for Rehearing.

MORROW, P. J.

The motion presents no new matter for review. No statement of facts has been furnished, in the absence of which the criticism of the charge of the court cannot be appraised.

The judgment was corrected on the original hearing so as to give effect to the indeterminate sentence law.

The motion is overruled.